1

Pavneet Singh Uppal, SBN 016805

2

Alanna R. Brook, SBN 028018
FISHER & PHILLIPS LLP

3

201 E. Washington Street, Suite 1450
Phoenix, Arizona 85004-2330

4

Telephone:  (602) 281-3400

5

Fax:  (602) 281-3401
puppal@laborlawyers.com

6

abrook@laborlawyers.com

7

Attorneys for Plaintiffs

8

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF ARIZONA**

11

Swisher Hygiene Franchise Corp.; Swisher
Hygiene Inc.; Swisher International, Inc.,

No.  CV15-01331-PHX-DMF

12

**CORPORATE DISCLOSURE
STATEMENT**

13

Plaintiffs,

14

v.

15

Troy Clawson and Teri Clawson, husband
and wife; et al.,

16

17

Defendants.

18

19

        This Corporate Disclosure Statement is filed on behalf of Swisher International,

20

Inc. in compliance with the provisions of: *(check one)*

21

☒    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate

22

        party to an action in a district court must file a statement that identifies any

23

        parent corporation and any publicly held corporation that owns 10% or more

24

        of its stock or states that there is no such corporation.

25

☐    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental

26

        corporate party to a proceeding in a district court must file a statement that

27

        identifies any parent corporation and any publicly held corporation that

28

        owns 10% or more of its stock or states that there is no such corporation.

FISHER & PHILLIPS LLP
201 E. Washington Street, Suite 1450
Phoenix, Arizona  85004-2330
(602) 281-3400

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☒ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

- Swisher International, Inc. is 100% owned by Swisher Hygiene Inc.

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____

Relationship_____

☐ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 29th day of July 2015.

FISHER & PHILLIPS LLP

By:  s/  Pavneet Singh Uppal
          Pavneet Singh Uppal
          Alanna R. Brook
          FISHER & PHILLIPS LLP
          201 E. Washington Street, Suite 1450
          Phoenix, Arizona 85004-2330
          Attorneys for Plaintiffs

FISHER & PHILLIPS LLP
201 E. Washington Street, Suite 1450
Phoenix, Arizona 85004-2330
(602) 281-3400

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Craig J. O'Loughlin
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Attorneys for Defendant Accurate
Chemical Acquisition, Inc.

And a **Copy** mailed this 29th day of July 2015 on the following:

David Barton
BurnsBarton
45 W. Jefferson, 11th Floor
Phoenix, AZ 85003
Attorneys for Troy and Teri Clawson


  s/  Eileen Kane

FISHER & PHILLIPS LLP
201 E. Washington Street, Suite 1450
Phoenix, Arizona 85004-2330
(602) 281-3400

3