Pavneet Singh Uppal, SBN 016805
Alanna R. Brook, SBN 028018
FISHER & PHILLIPS LLP
201 E. Washington Street, Suite 1450
Phoenix, Arizona 85004-2330
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@laborlawyers.com
abrook@laborlawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Swisher Hygiene Franchise Corp.; Swisher Hygiene Inc.; Swisher International, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Troy Clawson and Teri Clawson, husband and wife; et al., <br><br> Defendants. | No. CV15-01331-PHX-DMF <br><br> **CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Swisher Hygiene Franchise Corp. in compliance with the provisions of: *(check one)*

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

FPDOCS 30853656.1

| | |
|---|---|
| 1 | ☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1). |

**The filing party hereby declares as follows:**

☐ No such corporation.

☒ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

- Swisher Hygiene Franchise Corp. is 100% owned by Swisher International, Inc.
- Swisher International, Inc. is 100% owned by Swisher Hygiene Inc.
- Swisher Hygiene Inc. is a publically traded company.

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____

Relationship_____

☐ Other (please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 29th day of July 2015.

        FISHER & PHILLIPS LLP

        By: s/ Pavneet Singh Uppal
         Pavneet Singh Uppal
         Alanna R. Brook
         FISHER & PHILLIPS LLP
         201 E. Washington Street, Suite 1450
         Phoenix, Arizona 85004-2330
         Attorneys for Plaintiffs

FISHER & PHILLIPS LLP
201 E. Washington Street, Suite 1450
Phoenix, Arizona 85004-2330
(602) 281-3400

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July 2015 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Craig J. O'Loughlin
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
Attorneys for Defendant Accurate Chemical Acquisition, Inc.

And a **Copy** mailed this 29th day of July 2015 on the following:

David Barton
BurnsBarton
45 W. Jefferson, 11th Floor
Phoenix, AZ 85003
Attorneys for Troy and Teri Clawson


 s/  Eileen Kane

FISHER & PHILLIPS LLP
201 E. Washington Street, Suite 1450
Phoenix, Arizona 85004-2330
(602) 281-3400