|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 7 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SWISHER HYGIENE FRANCHISE CORPORATION, a North Carolina Corporation; SWISHER HYGIENE INCORPORATED; SWISHER INTERNATIONAL INCORPORATED,

        Plaintiffs-Appellees,

 v.

ACCURATE CHEMICAL ACQUISITION INCORPORATED, DBA Accurate Chemical & Services, an Arizona corporation,

        Defendant-Appellant,

 and

TROY CLAWSON, husband; TERI CLAWSON, wife,

        Defendants,

_____

DAVID BARTON; KATYA M. LANCERO; BURNSBARTON PLC,

        Intervenors.

No.   21-15928

D.C. No. 2:15-cv-01331-DJH
District of Arizona,
Phoenix

ORDER

The Joint Motion to Dismiss, Docket # 73, is **GRANTED** with regard to case number 21-15928.  This order shall serve as the mandate of this court.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7