Pavneet Singh Uppal, SBN 016805
Kris Leonhardt, SBN 026401
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Swisher Hygiene Franchise Corp.; et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Troy Clawson and Teri Clawson, husband and wife; et al.,<br><br>　　　　　　Defendants. | No. CV-15-1331-PHX-DJH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Kris Leonhardt of Fisher & Phillips LLP is substituting and replacing Alanna Brook, Shayna Balch Santiago (fka Shayna H. Balch) and Andrew Froman of Fisher & Phillips LLP as counsel of record for Plaintiffs Swisher Hygiene Franchise Corp., Swisher International Inc. and Swisher Hygiene, Inc. (collectively "Plaintiffs"), in the above-captioned matter. Pavneet Singh Uppal will continue to represent Plaintiffs as lead counsel in this matter. All service documents and other contacts in this litigation should henceforth be directed to Mr. Uppal and Ms. Leonhardt as counsel of record addressed as follows:

FP 40402458.1

Pavneet Singh Uppal, SBN 016805
Kris Leonhardt, SBN 026401
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401
puppal@fisherphillips.com
kleonhardt@fisherphillips.com

Plaintiffs also respectfully requests that Ms. Brook, Ms. Santiago and Mr. Froman be removed as counsel of record from this case and that they no longer receive any further notifications regarding this case.

Please revise your records to reflect this change.

RESPECTFULLY SUBMITTED this 31st day of May 2022.

        FISHER & PHILLIPS LLP

        By: s/ Kris Leonhardt
           Pavneet Singh Uppal
           Kris Leonhardt
           3200 N. Central Avenue, Suite 1550
           Phoenix, Arizona 85012-2487
           Attorneys for Plaintiffs

FP 40402458.1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

William G. Klain
George H. King
David C. Turnbull
LANG & KLAIN, P.C.
6730 N. Scottsdale Road, Suite 101
Scottsdale, AZ 85253
wklain@lang-klain.com
gking@lang-klain.com
dturnbull@lang-klain.com
Attorneys for Defendants Clawson

Andrew Abraham
Ralph D. Harris
Daryl Manhart
BURCH & CRACCHIOLO, P.A.
702 E. Osborn Road, Suite 200
Phoenix, AZ 85014
aabraham@bcattorneys.com
rharris@bcattorneys.com
dmanhart@bcattorneys.com
Attorneys for Accurate Chemical Acquisition, Inc.

Geoffrey M.T. Sturr
Jeffrey Molinar
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012
gsturr@omlaw.com
jmolinar@omlaw.com
Attorneys for David Barton, Katya Lancero and BurnsBarton LLP


  s/ Michelle C. Colwell

FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 1550
Phoenix, Arizona 85012-2487
(602) 281-3400